No. 85–322.  EAGLE BOOKS, INC. *v.* JONES ET AL.  App. Ct. Ill., 4th Dist.  Certiorari denied.

No. 85–326.  GOLDBERG ET AL. *v.* UNITED PARCEL SERVICE OF AMERICA, INC., ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 85–328.  WARNICK ET AL. *v.* JIN CHA ET AL.  Sup. Ct. Ind.  Certiorari denied.

No. 85–338.  REDIC *v.* SCHWARTZ.  C. A. 4th Cir.  Certiorari denied.

No. 85–340.  HART SCHAFFNER & MARX ET AL. *v.* NATURAL FOOTWEAR, LTD., ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 85–348.  VAL/DEL, INC. *v.* SUPERIOR COURT OF ARIZONA, PIMA COUNTY, ET AL. (PASCUA YAQUI TRIBE, REAL PARTY IN INTEREST).  Ct. App. Ariz.  Certiorari denied.

No. 85–354.  ORTHO PHARMACEUTICAL CORP. *v.* MACDONALD ET AL.  Sup. Jud. Ct. Mass.  Certiorari denied.

No. 85–357.  JOHNSON *v.* JOHNSON ET AL.  Ct. App. Mich. Certiorari denied.

No. 85–368.  SEIBOLD *v.* UNR-ROHN CO.  C. A. 7th Cir. Certiorari denied.

No. 85–369.  TUCKER *v.* HARTFORD FEDERAL SAVINGS & LOAN ASSN.  Sup. Ct. Conn.  Certiorari denied.

No. 85–402.  AWREY *v.* PROGRESSIVE CASUALTY INSURANCE CO.  C. A. 6th Cir.  Certiorari denied.

No. 85–404.  SHELTON ET UX. *v.* WASHINGTON ET AL.  Ct. App. Wash.  Certiorari denied.

No. 85–412.  WRIGHT *v.* UNITED STATES ET AL.  C. A. 3d Cir. Certiorari denied.